# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRAD JONES,  )<br>　　　　Petitioner, )<br>　　　　　　　　　　　　　　 )<br>　　v.　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　 )<br>R. GILMORE and THE ATTORNEY )<br>GENERAL OF THE STATE OF )<br>PENNSYLVANIA, )<br>　　　　Respondents. ) | 2:15cv201<br>Electronic Filing<br><br>Judge David Stewart Cercone /<br>Magistrate Judge Robert C. Mitchell |

## MEMORANDUM ORDER

In a Report and Recommendation [ECF No. 5] filed on March 24, 2015, it was recommended that petitioner's habeas corpus petition be dismissed and that a certificate of appealability be denied. Petitioner was served with a copy of the Report and Recommendation and after a series of extensions, was granted until April 10, 2015 to file objections to the Report and Recommendation and filed objections thereto on April 9, 2015. *See* Obj. [ECF No. 6].

After a *de novo* review of the pleadings and documents in this case, together with the Report and Recommendation, and pleadings thereto, the following order is entered:

AND NOW this **15th** day of April, 2015,

IT IS HEREBY ORDERED that petitioner's habeas corpus petition is DISMISSED, and a certificate of appealability is DENIED.

IT IS FURTHER ORDERED that the Report and Recommendation of Magistrate Judge Robert C. Mitchell is hereby adopted as the Opinion of the District Court.

　　　　　　　　　　　　　　　　　　　　*/s/ DS Cercone*
　　　　　　　　　　　　　　　　　　　　David Stewart Cercone
　　　　　　　　　　　　　　　　　　　　United States District Judge

cc: Brad Jones
EZ7435
175 Progress Drive
Waynesburg, PA 15370

*(Via First Class Mail)*